ACCEPTED
03-14-00518-CV
8114105
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 12:09:20 PM
JEFFREY D. KYLE
CLERK



# ALDRICH PLLC

### ATTORNEYS

Scott Lindsey
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization
slindsey@aldrichpllc.com
www.aldrichpllc.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 12:09:20 PM
JEFFREY D. KYLE
Clerk

December 7, 2015

***Via E-filing***
Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711

      RE:    Court of Appeals Number: 03-14-00518-CV

      Style: James Poe and Senior Retirement Planners, LLC
            v. Eduardo S. Espinosa in his Capacity as Receiver
            for Retirement Value, LLC

Dear Mr. Kyle:

As requested by the Court, please accept this letter as notification that Scott Lindsey, attorney for Appellants James Poe and Senior Retirement Planners, LLC will present oral argument before the Court on January 27, 2016 at 1:30 p.m.

Should you have any questions or need anything further, please do not hesitate to contact me.

Best regards,

Scott Lindsey
State Bar No. 24036969

**Counsel for Appellants Poe and
Senior Retirement Planners, LLC**

SEL/sd

1130 Fort Worth Club Tower • 777 Taylor Street • Fort Worth, TX 76102 • Tel (817) 336-5601 • Fax (817) 336-5297

cc:

***Via Electronic Service and e-mail:***
Mr. John W. Thomas
George, Brothers, Kincaid & Horton, L.L.P.
114 W. Seventh, Suite 1100
Austin, TX 78701-3015